## STATE v. ROPER

No. 189P92

Case below: 106 N.C.App. 230

Petition by defendant for writ of supersedeas and temporary stay denied 2 June 1992. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 June 1992. Notice of appeal by defendant and petition by defendant for writ of certiorari to the North Carolina Court of Appeals dismissed 4 June 1992.

## STATE AUTOMOBILE MUTUAL INS. CO. v. HOYLE

No. 178P92

Case below: 106 N.C.App. 199

Petition by defendants (Hoyles) for discretionary review pursuant to G.S. 7A-31 denied 24 June 1992.

## STATE EX REL. WILLIAMS v. COPPEDGE

No. 129A92

Case below: 105 N.C.App. 470

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues allowed 24 June 1992.

## SULLIVAN v. SULLIVAN

No. 154P92

Case below: 105 N.C.App. 717

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 24 June 1992.

## THOMAS v. MILLER

No. 139P92

Case below: 105 N.C.App. 589

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 24 June 1992.